Charles H. Bellinger, Respondent, v. The German Insurance Company of Freeport, Appellant.— Judgment affirmed, with costs, on the opinion of Mr.

Justice Burr at Special Term. (Reported in — Misc. Rep. ——.)  Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred. ·